HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JAMES O. JOHNSTON (Cal. Bar No. 167330)
JOSHUA M. MESTER (Cal. Bar No. 194783)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Fax: (213) 694-1234

*Reorganization Counsel for
Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

SOLIDUS NETWORKS, INC., d/b/a PAY BY TOUCH, a/f/k/a PAY BY TOUCH SOLUTIONS, a Delaware Corporation, et al.

Debtors.

Case No. 2:07-20027-TD

CHAPTER 11

(Jointly Administered)

**ORDER CONVERTING CHAPTER 11 CASES TO CHAPTER 7**

Hearing

Date: October 8, 2008
Time: 10:30 a.m.
Place: 255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

This matter coming before the Court on the "Motion For Order Converting Chapter 11 Case Of Solidus Networks, Inc. To Case Under Chapter 7" (the "<u>Solidus Conversion Motion</u>"), filed by Solidus Networks, Inc. ("<u>Solidus</u>") in Case No. 07-20027; the "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Pay By Touch Payment Solutions, LLC, a/f/k/a EPX, a/f/k/a Payment Acquisition Corporation, a/f/k/a InterCept Payment Solutions, LLC, a/f/k/a SPS

---

[1] The Debtors include the following entities: Solidus Networks, Inc., d/b/a Pay By Touch, a/k/a Pay By Touch Solutions, a/f/k/a BioPay, Pay By Touch Payment Solutions, LLC, a/f/k/a EPX, a/f/k/a Payment Acquisition Corporation, a/f/k/a InterCept Payment Solutions, LLC, a/f/k/a SPS Payments, LLC, a/f/k/a IPS Solutions, LLC, a/f/k/a iPay, a/f/k/a Pay By Touch Solidus Merchant Services, Pay By Touch Processing, Inc., a/f/k/a CSSI Acquisition Corporation, a/f/k/a Card Systems Solutions, Inc., Pay By Touch Check Cashing, Inc., Check Elect, Inc., Seven Acquisition Sub, LLC, a/f/k/a Seventh Street Software, Pay by Touch Checking Resources, Inc., Indivos Corporation, a/f/k/a Smart Touch, Inc., a/f./k/a Veristar Corporation, a/f/k/a Indivos Acquisition Corporation, CardSystems Payment Solutions, LLC, Maverick International Services, Inc., and ATMD Acquisition Corporation, a/f/k/a ATMD Direct, a/f/k/a ATM Online, Inc.

-1-

697803

1  Payments, LLC, a/f/k/a IPS Solutions, LLC, a/f/k/a iPay, a/f/k/a Pay By Touch Solidus Merchant
2  Services ("Payment Solutions") in Case No. 07-21779 (the "Payment Solutions Conversion
3  Motion"); the "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Pay
4  By Touch Processing, Inc., a/f/k/a CSSI Acquisition Corporation, a/f/k/a Card Systems Solutions,
5  Inc. ("PBT Processing") in Case No. 07-21778 (the "PBT Processing Conversion Motion"); the
6  "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Pay By Touch
7  Check Cashing, Inc. ("Check Cashing") in Case No. 07-21775 (the "Check Cashing Conversion
8  Motion"); the "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by
9  Check Elect, Inc. ("Check Elect") in Case No. 07-21768 (the "Check Elect Conversion Motion");
10 the "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Seven
11 Acquisition Sub, LLC, a/f/k/a Seventh Street Software ("Seven Acquisition") in Case No. 07-21777
12 (the "Seven Acquisition Conversion Motion"), the "Debtor's Motion to Convert Case Under 11
13 U.S.C. §§706(a) or 1113(a)" filed by Pay by Touch Checking Resources, Inc. ("Checking
14 Resources") in Case No. 07-21773 (the "Check Resources Conversion Motion"); the "Debtor's
15 Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Indivos Corporation, a/f/k/a
16 Smart Touch, Inc., a/f./k/a Veristar Corporation, a/f/k/a Indivos Acquisition Corporation ("Indivos")
17 filed in Case No. 07-21772 (the "Indivos Conversion Motion"); the "Debtor's Motion to Convert
18 Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by CardSystems Payment Solutions, LLC
19 ("CardSystems") in Case No. 07-21780 (the "Cardsystems Conversion Motion"); the "Debtor's
20 Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by Maverick International
21 Services, Inc. ("Maverick") in Case No. 07-21782 (the "Maverick Conversion Motion"); the
22 "Debtor's Motion to Convert Case Under 11 U.S.C. §§706(a) or 1113(a)" filed by ATMD
23 Acquisition Corporation, a/f/k/a ATMD Direct, a/f/k/a ATM Online, Inc. ("ATMD" and together
24 with Solidus, Payment Solutions, PBT Processing, Check Cashing, Seven Acquisition, Check
25 Resources, Indivos, CardSystems, and Maverick, the "Debtors") in Case No. 07-21783 (the "ATMD
26 Conversion Motion" and together with the Solidus Conversion Motion, the Payment Solutions
27 Conversion Motion, the PBT Processing Conversion Motion, the Check Cashing Conversion
28 Motion, the Seven Acquisition Conversion Motion, the Check Resources Conversion Motion, the

-2-

697803

Indivos Conversion Motion, the CardSystems Conversion Motion, and the Maverick Conversion Motion, the "Motions"); and

The Court having reviewed the Motions, the Declaration of Thomas Lumsden accompanying the Solidus Conversion Motion, and the record in these cases, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motions was reasonable and appropriate under the circumstances; (d) conversion to chapter 7 is in the best interests of creditors and the estates; and (e) Solidus has demonstrated "cause" under 11 U.S.C. § 1112(b); and

The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY FOUND, ORDERED, AND DECREED THAT:**

1. The Solidus Conversion Motion is GRANTED and Case No. 07-20027 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(b).

2. The Check Elect Conversion Motion is GRANTED and Case No. 07-21768 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

3. The Indivos Conversion Motion is GRANTED and Case No. 07-21772 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

4. The Check Resources Conversion Motion is GRANTED and Case No. 07-21773 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

5. The Check Cashing Conversion Motion is GRANTED and Case No. 07-21775 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

6. The Seven Acquisition Conversion Motion is GRANTED and Case No. 07-21777 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

7. The PBT Processing Conversion Motion is GRANTED and Case No. 07-21778 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

8. The Payment Solutions Conversion Motion is GRANTED and Case No. 07-21779 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

697803

9. The CardSystems Conversion Motion is GRANTED and Case No. 07-21780 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

10. The Maverick Conversion Motion is GRANTED and Case No. 07-21782 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

11. The ATMD Conversion Motion is GRANTED and Case No. 07-21783 is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

12. Within 15 days of the date of this order, the Debtors must file a schedule of unpaid debts incurred after the entry of the order for relief.

13. Within 30 days of the date of this order, the Debtors must file and transmit to the United States trustee a final report and account.

14. The Debtors must forthwith turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

15. Within 15 days of the date of this order, the Debtors must file the statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, if such documents have not already been filed.

Dated: October 8, 2008

THE HONORABLE THOMAS B. DONOVAN
UNITED STATES BANKRUPTCY JUDGE

-4-

697803

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>SOLIDUS NETWORKS, INC.                      Debtor. | CHAPTER 11<br>CASE NUMBER 07-20027-TD |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: ORDER CONVERTING CHAPTER 11 CASES TO CHAPTER 7

   was entered on *(specify date)*: OCT 10 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: OCT 10 2008

Dated: OCT 10 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021 -1.1

American LegalNet, Inc.
www.FormsWorkflow.com

## SERVICE LIST

United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Jeffrey C. Krause, Esq.
Gary Klausner, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
*Counsel to Creditors' Committee*